**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTOINE GORUM also known as RONALD CLARK,

        Plaintiff,

    v.

CALDERWOOD,

        Defendant.

2:15-cv-65-APG-GWF

**ORDER**

**I.   DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*. Instead, Plaintiff has filed a letter with this Court stating that on three different occasions he has sent for a financial certificate but has not received anything from prison officials. (ECF No. 1 at 1). He requests that this Court issue an order directing the NDOC to send him his financial certificate or to send the Court his financial certificate. (*Id.*).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

The Court directs Plaintiff to submit an application to proceed *in forma pauperis* and to complete pages 1 through 3 of the application. If Plaintiff is unable to acquire a properly

executed financial certificate and an inmate account statement, Plaintiff shall file a statement under the penalty of perjury detailing the dates of when he requested a financial certificate, who he requested the financial certificate from, and any responses from prison officials.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); (2) file a partial application to proceed *in forma pauperis* as directed by this Court with an accompanying penalty of perjury statement detailing Plaintiff's attempts to acquire a financial certificate; or (3) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This 14th day of January, 2015.

_____
United States Magistrate Judge