**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

ANTOINE GORUM aka RONALD CLARK,

       Plaintiff,

 v.

CALDERWOOD,

       Defendant.

Case No. 2:15-cv-00065-APG-GWF

**ORDER**

**I. DISCUSSION**

On October 21, 2015, the Court entered a screening order dismissing Plaintiff's complaint in its entirety with leave to file an amended complaint on or before November 23, 2015. (Dkt. #15 at 9.) That order also granted Plaintiff's application to proceed *in forma pauperis*. (*Id.* at 8.) On December 2, 2015, this Court dismissed the case without prejudice because Plaintiff had failed to file an amended complaint. (Dkt. #19 at 1.) The Court had noted that Plaintiff had filed a "motion" which stated that Plaintiff's statement of facts was 5 pages long and that his complaint should move forward because it had merit. (*Id.*) The Court interpreted the notice as Plaintiff's refusal to file an amended complaint. (*Id.*) The Clerk of the Court entered judgment that same day. (Dkt. #20.)

On December 9, 2015, Plaintiff filed a motion to show really, really good cause to have this judge reopen this civil case and motions for preliminary injunction and temporary restraining order explaining why. (Dkt. #21, 22, 23.) The motions explain that Plaintiff mailed his amended complaint to the Court on October 24, 2015 by handing his legal mail to the law library supervisor. (Dkt. #22 at 2.) Plaintiff explains that he knows his legal mail contained the complaint because of the amount prison staff charged him for the weight of his mail. (*Id.*) Plaintiff states that Defendants must be destroying his legal mail. (*Id.*)

The Court grants Plaintiff's motion to reopen this case.  Upon reviewing Plaintiff's motions to reopen and supporting arguments, the Court discovered that the Clerk's Office docketed Plaintiff's amended complaint under another motion filed on October 30, 2015.  (*See* Dkt. #16 at 4-21.)  The Court vacates the judgment (Dkt. # 20) and reopens the case.  The Clerk of the Court shall docket Plaintiff's third amended complaint (Dkt. #16 at 4-21) in a separate docket entry.  The Court will screen Plaintiff's third amended complaint in a separate order.

**II.	CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that the motion to reopen the case (Dkt. #21) is granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall vacate the judgment (Dkt. #20) and reopen this case.

**IT IS FURTHER ORDERED** that the motions for preliminary injunction and temporary restraining order (Dkt. #22, 23) are denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall docket Plaintiff's third amended complaint (Dkt. #16 at 4-21) in a separate docket entry.

**IT IS FURTHER ORDERED** that the Court will screen Plaintiff's third amended complaint in a separate screening order in the future.

Dated:  December 14, 2015.

_____
UNITED STATES DISTRICT JUDGE