# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE GORUM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:15-cv-00065-APG-GWF |
| CALDERWOOD | ) |
| Defendant. | ) **ORDER TO SHOW CAUSE** |
| _____ | ) |

**I.  DISCUSSION**

On April 22, 2016, the Court issued a screening order on Plaintiff's third amended complaint. (ECF No. 27). The Court stayed the case for 90 days and referred the case to the Court's Inmate Early Mediation Program. (*Id*. at 6). The Court ordered the Attorney General's Office to advise the Court within twenty-one (21) days whether it would enter a limited notice of appearance on behalf of Defendant for the purpose of settlement. (*Id*. at 7).   More than 21 days have passed since entry of the screening order and the Attorney General's Office has failed to comply with the Court's order. The Court hereby directs the Attorney General's Office to show cause within seven (7) days why it has not complied with the screening order (ECF No. 27).

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Attorney General's Office shall show cause within seven (7) days of the entry of this order why it has not complied with the screening order (ECF No. 27).

IT IS FURTHER ORDERED that the Clerk of the Court shall electronically SERVE a copy of this order on the Office of the Attorney General of the State of Nevada, attention Kat

Howe.

IT IS FURTHER ORDERED that Plaintiff's motion concerning court's order for attorney general to enter a limited notice of appearance on behalf of defendant for the purpose of settlement within 21 days (ECF No. 28) is GRANTED.

DATED: This 8th day of June, 2016.

_George Foley Jr._
United States Magistrate Judge

2