UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTOINE GORUM,

    Plaintiff,

    v.

CALDERWOOD

    Defendant.

Case No. 2:15-cv-00065-APG-GWF

ORDER

## I. DISCUSSION

On April 22, 2016, the Court issued a screening order on Plaintiff's third amended complaint. (ECF No. 27). The Court stayed the case for 90 days and referred the case to the Court's Inmate Early Mediation Program. (*Id*. at 6). The Attorney's General Office has now made a limited appearance for purposes of settlement discussions (ECF No. 31) and the case will be scheduled for mediation. The stay will be extended to five (5) days after the date of the mediation and the status report regarding the results of the mediation shall be filed that same date.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the stay is extended until five (5) days after the date of mediation. The status report regarding the results of the mediation shall be filed that same day.

DATED: This 16th day of June, 2016.

_____
United States Magistrate Judge