UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE GORUM, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:15-cv-00065-APG-GWF |
| CALDERWOOD, | ) ORDER |
|     Defendants. | ) |

**I.   DISCUSSION**

An early mediation conference is currently set to be held on September 9, 2016. (ECF No. 24). Defendants have filed a motion to vacate and reset the early mediation conference. (ECF No. 38). Plaintiff's sentence expires and he is set to be released from High Desert State Prison on September 9, 2016, the day of the early mediation conference and it is unclear whether he will be able to attend the mediation that day.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Defendants' motion to vacate and reset the early mediation conference (ECF No. 38) is GRANTED. An order setting a new date and time for the early mediation conference will be forthcoming.

DATED: This 6th day of September, 2016.

_____
United States Magistrate Judge