# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTOINE GORUM aka RONALD CLARK,

    Plaintiff,

v.

CALDERWOOD,

    Defendant.

2:15-CV-00065-APG-GWF

**ORDER**

## I. DISCUSSION

On April 22, 2016, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity meet with a court-appointed mediator. (ECF No. 27). On September 16, 2016, Defendant filed a motion for an extension of time to file his status report. (ECF No. 42). Defendant seek to file his status report on or before October 10, 2016, because the Inmate Early Mediation Conference is scheduled for October 7, 2016. (*Id.* at 1-2).

The Court grants the motion for an extension of time. Defendant shall file his status report on or before October 11, 2016, as October 10, 2016, is a federal holiday.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 42) is granted. Defendant shall file his status report on or before October 11, 2016.

DATED: This 27th day of September, 2016.

_____
United States Magistrate Judge