# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTOINE GORUM,

    Plaintiff,

v.

CALDERWOOD et al.,

    Defendants.

2:15-cv-00065-APG-GWF

**ORDER**

## I. DISCUSSION

The Court grants Plaintiff's motion to reschedule the Inmate Early Mediation Conference for this case. (ECF No. 51). The Court will enter a separate order rescheduling the mediation. The stay is extended until two days after the rescheduled mediation. Defendants shall file their status report no later than two days after the rescheduled mediation.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to reschedule the mediation (ECF No. 51) is granted. Defendants shall file their status report no later than two days after the rescheduled mediation.

DATED: This 25th day of October, 2016.

_____
United States Magistrate Judge