UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTOINE GORUM, | Case No. 2:15-cv-00065-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| CALDERWOOD et al., | |
| Defendants. | |

The Court denies Plaintiff's motion for preliminary injunction (ECF No. 29) as moot. In the motion, Plaintiff seeks injunctive relief for events that took place while he was incarcerated. (*Id.* at 1-4). Plaintiff is no longer incarcerated.

IT IS ORDERED that the motion for preliminary injunction (ECF No. 29) is denied as moot.

Dated: October 26, 2016.

_____
UNITED STATES DISTRICT JUDGE