# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTOINE GORUM, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00065-APG-GWF |
| vs. | ) | **ORDER** |
| CALDERWOOD, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for Enlargement of Time to File Dispositive Motion (ECF No. 65), filed on July 10, 2017. Defendant requests an additional fourteen (14) days to file its Motion for Summary Judgment, up to and including, July 24, 2017. The Court finds good cause to grant Defendant's request for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Enlargement of Time to File Dispositive Motion (ECF No. 65) is **granted**.

DATED this 12th day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge