# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTOINE GORUM, | Case No. 2:15-cv-00065-APG-GWF |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| AMY CALDERWOOD, | |
| Defendants. | |

The court's orders have been returned in the mail. ECF Nos. 69, 70, 72. Local Rule of Special Proceedings 2-2 requires a pro se plaintiff in a civil rights case to immediately notify the court of any change of address. "Failure to comply with this Rule may result in dismissal of the action with prejudice." LSR 2-2.

Plaintiff Antoine Gorum has failed to comply with the Rule because he has not updated his address in over two months. He has not responded to defendant Amy Calderwood's motion for summary judgment. I therefore ordered Gorum to show cause why his case should not be dismissed for failure to comply with LSR 2-2. ECF No. 71. That order was returned in the mail. ECF No. 72. Not surprisingly, Gorum did not respond to the order to show cause.

IT IS THEREFORE ORDERED that plaintiff Antoine Gorum's amended complaint **(ECF No. 25) is dismissed with prejudice** for failure to comply with Local Special Rule 2-2, for failure to comply with the court's orders, and for failure to prosecute this case.

IT IS FURTHER ORDERED that defendant Amy Calderwood's motion for summary judgment **(ECF No. 67) is DENIED as moot.**

DATED this 6th day of October, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE